■ THOMAS J. SALZANO, Doing Business as THOMAS J. SALZANO & Co., Respondent, v. ANGELO PELLILLO, Appellant, et al., Defendant.— In an action to recover real estate brokerage commissions, the appeal is from a judgment of the City Court of Mount Vernon, entered after trial before the court without a jury in favor of respondent. Judgment unanimously affirmed, with costs.

No opinion. Present — Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.